IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVETTE COOPER and IVORY COOPER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL AMERICAN HOME CARE LLC, ALL AMERICAN HOSPICE CARE LLC, MICHAEL SPIVAK,<br><br>Defendants. | Case No. 2:17-cv-01563-PBT |
| JERRY ACOSTA, JR. and MODESTINE THORPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL AMERICAN HOME CARE LLC,<br><br>Defendant. | Case No. 2:17-cv-01656-PBT |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs Lavette Cooper, Ivory Cooper, Jerry Acosta, Jr. and Modestine Thorpe (together, "Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order:

1. Granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion;

2. For settlement purposes, preliminarily certifying the state law claims as a Fed. R. Civ. P. 23 class on behalf of the Settlement Class;

3. Preliminarily approving Plaintiffs Lavette Cooper, Ivory Cooper, Jerry Acosta, Jr.

and Modestine Thorpe as the Representatives of the Settlement Class;

    4.    Preliminarily approving the Locks Law Firm, the Garner Firm, Ltd., Alvin de Levie, Esq., Berger & Montague, P.C., and Montgomery McCracken Walker & Rhoads LLP as Class Counsel for the Settlement Class;

    5.    Preliminarily approving the Angeion Group, as Settlement Administrator and preliminarily approving the costs of claims administration;

    6.    Approving the Notice of Settlement, a true and correct copy in English of which is attached as Exhibit A to the Settlement Agreement, which will be distributed in both English and Spanish; and

    7.    Approving the proposed schedule and procedure for completing the final approval process as set forth in the Parties' Settlement Agreement.

    This Motion is based on the accompanying Memorandum of Law, the Declarations of Sarah Schalman-Bergen and Andrew Bell in Support of the Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, the attached Exhibits, and all other records, pleadings and papers on file in these actions. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

    A proposed Order is submitted for the Court's consideration.

Dated: August 2, 2018                                   Respectfully Submitted,


/s/ Andrew P. Bell                                      /s/ Sarah R. Schalman-Bergen
Marc Weingarten                                         Shanon J. Carson
Andrew P. Bell                                          Sarah R. Schalman-Bergen
LOCKS LAW FIRM                                          Camille Fundora
601 Walnut Street, Suite 720 East                       BERGER & MONTAGUE, P.C.
Philadelphia, PA 19106                                  1622 Locust Street
                                                        Philadelphia, PA 19103
Adam H. Garner                                          Telephone: (215) 875-3000
THE GARNER FIRM, LTD.                                   Facsimile: (215) 875-4604
1515 Market Street, Suite 1200                          scarson@bm.net
Philadelphia, PA 19102                                  sschalman-bergen@bm.net
                                                        cfundora@bm.net
Alvin de Levie
The Curtis Center                                       Richard M. Simins
601 Walnut Street, Suite 720 East                       Jackson E. Warren
Philadelphia, PA 19106                                  MONTGOMERY McCRACKEN
                                                        WALKER & RHOADS LLP
*Attorneys for Plaintiffs Lavette Cooper, Ivory*        123 South Broad Street
*Cooper, and the Class*                                 Philadelphia, PA 19109
                                                        Telephone: (215) 772-1500
                                                        Facsimile: (215) 772-7407
                                                        rsimins@mmwr.com
                                                        jwarren@mmwr.com

                                                        *Attorneys for Plaintiffs Jerry Acosta, Jr.,*
                                                        *Modestine Thorpe, and the Class*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 2nd day of August 2018.

                                              s/ Sarah R. Schalman-Bergen
                                              Sarah R. Schalman-Bergen