IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVETTE COOPER and IVORY COOPER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL AMERICAN HOME CARE LLC, ALL AMERICAN HOSPICE CARE LLC, MICHAEL SPIVAK,<br><br>Defendants. | Case No. 2:17-cv-01563-PBT |
| JERRY ACOSTA, JR. and MODESTINE THORPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL AMERICAN HOME CARE LLC,<br><br>Defendant. | Case No. 2:17-cv-01656-PBT |

**PLAINTIFFS' UNOPPOSED MOTION FOR
APPROVAL OF ATTORNEYS' FEES AND COSTS**

Pursuant to Federal Rule of Civil Procedure 23(h), Class Counsel for Plaintiffs Lavette Cooper, Ivory Cooper (the "Cooper Plaintiffs"), Jerry Acosta, Jr. and Modestine Thorpe (the "Acosta Plaintiffs") (collectively, "Plaintiffs" or "Named Plaintiffs"), individually and on behalf of all others similarly situated, respectfully seek reimbursement for attorneys' fees in the amount of One Hundred Thirty-Three Thousand, Three Hundred Thirty-Three Dollars and Thirty-Three Cents ($133,333.33) (which is one-third of the Gross Settlement Amount), and the payment of out-of-pocket costs incurred by Class Counsel, which currently are $4,558.67, as established by the

Settlement Agreement between Named Plaintiffs and Defendants All American Home Care LLC, All American Hospice Care LLC, and Michael Spivak (together "All American" or "Defendants").

This Motion is based on the accompanying Memorandum of Law, the Declarations of Class Counsel, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion. Named Plaintiffs will submit a proposed Order in connection with their Motion for Final Approval of the Settlement in February, 2019.

Dated: November 19, 2018

Respectfully Submitted,

/s/ Marc P. Weingarten
Marc Weingarten
Andrew P. Bell
LOCKS LAW FIRM
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106

Adam H. Garner
THE GARNER FIRM, LTD.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Alvin de Levie
The Curtis Center
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106

*Attorneys for Plaintiffs Lavette Cooper, Ivory Cooper, and the Class*

/s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
crodriguez@bm.net

Richard M. Simins
Jackson E. Warren
MONTGOMERY McCRACKEN WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 772-1500
Facsimile: (215) 772-7407
rsimins@mmwr.com
jwarren@mmwr.com

*Attorneys for Plaintiffs Jerry Acosta, Jr., Modestine Thorpe, and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 19th day of November, 2018.

/s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
