IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVETTE COOPER and IVORY COOPER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL AMERICAN HOME CARE LLC, ALL AMERICAN HOSPICE CARE LLC, MICHAEL Y. SPIVAK,<br><br>Defendants. | Case No.: 2:17-cv-01563-PBT |
| JERRY ACOSTA, JR. and MODESTINE THORPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>ALL AMERICAN HOME CARE LLC,<br><br>Defendant. | Case No.: 2:17-cv-01656-PBT |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs Lavette Cooper, Ivory Cooper, Jerry Acosta, Jr. and Modestine Thorpe (together, "Plaintiffs") through their undersigned counsel, respectfully move this Court for an Order:

1. Granting final approval of the Parties' Settlement Agreement (Dkt. No. 34-4);

2. For settlement purposes, finally certifying the state law claims as a Fed. R. Civ. P. 23 class on behalf of the Settlement Class;

3. Finally approving Plaintiffs Lavette Cooper, Ivory Cooper, Jerry Acosta, Jr. and Modestine Thorpe (together, "Plaintiffs") as the Representatives of the Settlement Class and

approving the $5,000.00 service award to each for their service to the Settlement Class and in exchange for their additional released claims in favor of Defendants;

4. Finally approving The Locks Law Firm, the Garner Firm, Ltd., Alvin de Levie, Esquire, Berger Montague PC, and Montgomery McCracken, Walker & Rhoads LLP as Class Counsel for the Settlement Class;

5. Finally approving Class Counsels' attorneys' fees in the amount of $133,333.33 and costs in the amount of $4,558.67.

6. Finally approving the Angeion Group as Settlement Administrator and finally approving the costs of claims administration, not to exceed $17,444.00;

7. Dismissing this class action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Marc P. Weingarten in Support of the Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: February 4, 2019                     Respectfully submitted,

*/s/ Marc P. Weingarten w/ permission*            */s/ Sarah R. Schalman-Bergen*
Marc P. Weingarten                          Shanon J. Carson
Andrew P. Bell                              Sarah R. Schalman-Bergen
**LOCKS LAW FIRM**                          Camille Fundora Rodriguez
601 Walnut Street, Suite 720 East           **BERGER MONTAGUE PC**
Philadelphia, PA 19106                      1818 Market Street, Suite 3600
                                            Philadelphia, PA 19103
Adam H. Garner                              Telephone: (215) 875-3000
**THE GARNER FIRM, LTD.**                   Facsimile: (215) 875-4604
1515 Market Street, Suite 1200              scarson@bm.net
Philadelphia, PA 19102                      sschalman-bergen@bm.net
                                            crodriguez@bm.net
Alvin de Levie

| | |
|---|---|
| The Curtis Center<br>601 Walnut Street, Suite 720 East<br>Philadelphia, PA  19106<br><br>***Attorneys for Plaintiffs Lavette Cooper,<br>Ivory Cooper, and the Class*** | Richard M. Simins<br>Jackson E. Warren<br>**MONTGOMERY McCRACKEN<br>WALKER & RHOADS LLP**<br>1735 Market Street<br>Philadelphia, PA  19103<br>Telephone: (215) 772-1500<br>Facsimile: (215) 772-7407<br>rsimins@mmwr.com<br>jwarren@mmwr.com<br><br>***Attorneys for Plaintiffs Jerry Acosta Jr.,<br>Modestine Thorpe, and the Class*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 4th day of February, 2019.

                                             */s/ Sarah R. Schalman-Bergen*
                                             Sarah R. Schalman-Bergen